*Tuesday, February 3, 1998*

## MOTION DOCKET

**97–2564. State v. Martin.**
Shelby App. No. 17–97–14. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay and bond,

IT IS ORDERED by the court that the motion for stay and bond be, and hereby is, denied.

**98–68. State ex rel. Nix v. Cleveland.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On January 26, 1998, respondents filed a motion to quash and for protective order. In appearing to the court that the date of the deposition that is the subject of the motion has passed,

IT IS ORDERED by the court, *sua sponte*, that the respondents show cause no later than noon on February 4, 1998, why the motion to quash and for protective order should not be denied as moot. Respondents may file their response by facsimile transmission in accordance with S.Ct.Prac.R. XIV(1)(B)(2), (1)(B)(3), and (1)(B)(5).

## DISCIPLINARY DOCKET

**DD86–14. Toledo Bar Assn. v. Viren.**
On August 6, 1986, this court indefinitely suspended respondent, Jack Viren, Jr., pursuant to former Gov.Bar R. V(6)(b) and ordered him to file an affidavit of compliance on or before September 5, 1986, and to pay board costs on or before September 5, 1986. On September 17, 1986, this court ordered respondent to show cause why he should not be held in contempt for failure to comply with the August 6, 1986 order, and on November 26, 1986, respondent was found in contempt of this court. On September 18, 1997, respondent paid board costs and on November 13, 1997, he filed an affidavit of compliance. On November 24, 1997, respondent filed a motion to purge the contempt order. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

*Wednesday, February 4, 1998*

## MISCELLANEOUS DISMISSALS

**97–2147. State ex rel. The Herald Dispatch v. Collier.**
Lawrence App. No. 97 CA 24. This cause is pending before the court as an appeal from the Court of Appeals for Lawrence County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

Accordingly, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.